No. 77–992. Raines, Secretary of Corrections, et al. *v.* Wright et al. Ct. App. Kan. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 77–691. Supreme Court of Illinois et al. *v.* Ktsanes. C. A. 7th Cir. Certiorari denied. Mr. Justice Blackmun and Mr. Justice Powell would grant certiorari.

No. 77–714. Daley *v.* United States. C. A. 2d Cir. Certiorari denied. Mr. Justice White would grant certiorari.

No. 77–733. Michigan *v.* Allensworth. Sup. Ct. Mich. Certiorari denied, it appearing that the judgment below rests upon adequate state grounds.

No. 77–770. Akin *v.* United States. C. A. 7th Cir. Application for bail, presented to Mr. Justice Marshall, and by him referred to the Court, denied. Certiorari denied.

No. 77–785. Consumers Union of the United States, Inc. *v.* Committee for the Implementation of Textile Agreements et al. C. A. D. C. Cir. Certiorari denied. Mr. Justice White and Mr. Justice Powell would grant certiorari.

No. 77–887. Surles *v.* Wirth. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. Mr. Justice Blackmun would grant certiorari.

No. 77–1048. Canon *v.* Massachusetts. Sup. Jud. Ct. Mass. Certiorari denied. Mr. Justice Stewart would grant certiorari.